# United States District Court

SOUTHERN     DISTRICT OF     TEXAS

McALLEN DIVISION

United States District Court
Southern District of Texas
**FILED**

MAR 1 6 2020

David J. Bradley, Clerk

UNITED STATES OF AMERICA
V.

Roman Reyes     PRINCIPAL     United States
YOB: 1995

## CRIMINAL COMPLAINT

Case Number:

M-20-0750-M

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **March 15, 2020** in **Hidalgo** County, in the **Southern** District of **Texas** defendants(s) did,

*(Track Statutory Language of Offense)*

**knowing or in reckless disregard of the fact that Francisco Javier Ortega-Hernandez and Calep Diaz-Velasco, both citizens of Mexico, along with four (4) other undocumented aliens, for a total of five (6), who had entered the United States in violation of law, did knowingly transport, or move or attempted to transport said aliens in furtherance of such violation of law within the United States, that is, from a location near Progreso, Texas to another location near Progreso, Texas,**

in violation of Title **8** United States Code, Section(s) **1324(a)(1)(A)(ii)**     FELONY

I further state that I am a(n) **U.S. Border Patrol Agent** and that this complaint is based on the following facts:

On March 15, 2020, at approximately 6:15 PM, Weslaco Border Patrol Station advised of a camera image alert near the Progreso Port of Entry in Progreso, Texas. Shortly after, camera operators advised mobile agents that six subjects were running north, away from the river, into the import lot of the Progreso Port of Entry and added that the subjects were boarding a red in color sport utility vehicle (SUV). Camera operators then stated the SUV was exiting the import lot and turning onto FM 1015.

SEE ATTACHED

Continued on the attached sheet and made a part of this complaint:     [X] Yes    [ ] No

Reviewed: NM ds, AUSA
3/16/20 @ 5:01

Signature of Complainant

Amber Peterson     Border Patrol Agent
Printed Name of Complainant

March 16, 2020     at     McAllen, Texas
Date                                                        City and State

Peter E. Orsmby     , U. S. Magistrate Judge
Name and Title of Judicial Officer                    Signature of Judicial Officer

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### McALLEN, TEXAS

ATTACHMENT TO CRIMINAL COMPLAINT:

M-20-    -M

**RE:    Roman Reyes**

**CONTINUATION:**

A short time later, mobile agents encountered the SUV on FM 1015 and attempted to conduct a vehicle stop on the SUV by activating their emergency equipment however, the vehicle failed to yield and proceeded northbound on FM 1015. The SUV was traveling at approximately 65-70 mph where the posted speed limit is 55mph. At approximately 6:24 PM, the vehicle came to a stop less than one-quarter of a mile north of Military Highway. The subject sitting in the front passenger seat fled from the vehicle but agents managed to apprehend him a short time later. The driver, later identified as Roman Reyes, a United States citizen, was read his Miranda Rights and placed under arrest. Agents encountered three subjects in the rear seat of the vehicle and two more in the cargo area. An immigration inspection was conducted on all six (6) passengers and all admitted to being illegally present in the United States.

All subjects were placed under arrest and transported to the Weslaco Border Patrol Station to be processed accordingly.

PRINCIPAL STATEMENT:

Roman Reyes was read his Miranda Rights; he understood his rights and was willing to provide a sworn statement without the presence of an attorney.

Reyes stated that he was contacted by a smuggling coordinator from Mexico to pick up illegal aliens north of Progreso Port of Entry. Reyes stated he was going to be paid $250 per person if the smuggling attempt was successful. Reyes claimed he did not know where he was taking the illegal aliens but he was instructed to call, once he traveled north of United States Military Highway 281. Reyes stated that five subjects entered the back of his vehicle and another subject sat in the front passenger seat.

MATERIAL WITNESSES STATEMENTS:

Francisco Javier Ortega-Hernandez and Calep Diaz-Velasco were read their Miranda Rights. They both understood their rights and each provided a statement.

Ortega, a citizen of Mexico, stated that he entered the United States on March 15, 2020. Ortega stated he agreed to pay $7,000 to be smuggled to Omaha, Nebraska. Ortega described the load vehicle as a Red Jeep Cherokee and added that he was sitting in the back seat of the vehicle.

Diaz a citizen of Mexico, stated that he entered the United States on March 15, 2020. Diaz stated that he took a flight from Chiapas, Mexico, to Matamoros, Tamaulipas, Mexico, on March 15, 2020, and paid $1,800 Mexican Pesos to be crossed into the United States. Diaz stated that once in the United States he ran towards the red Sport Utility Vehicle (SUV), and sat behind the driver, along with two other males. Diaz added that there were two more subjects in the cargo area of the red SUV. Diaz added that the driver kept driving for a short distance with units in pursuit until he came to a stop.